**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | |
|---|---|
| GREG WILLIAM BECERRA, § § | |
| Plaintiff. § § | |
| VS. § | CIVIL ACTION NO. 3:20-cv-00028 |
| § | |
| ANDREW SAUL, COMMISSIONER § OF THE SOCIAL SECURITY § ADMINISTRATION, § § | |
| Defendant. § | |

## FINAL JUDGMENT

Pursuant to my Memorandum and Opinion entered on June 17, 2021, it is

**ORDERED** that the decision of the Commissioner is **REVERSED**, and the case is **REMANDED** for reconsideration.

**THIS IS A FINAL JUDGMENT**.

The Clerk will provide copies of this judgment to the parties.

SIGNED this 17th day of June 2021.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE